## MILTLAND RALEIGH-DURHAM v. MUDIE

No. 208P96

Case below: 122 N.C.App. 168

343 N.C. 512

Motion by defendant for reconsideration of notice of appeal and petition for discretionary review dismissed 30 July 1996.

## N.C. CENTRAL UNIVERSITY v. TAYLOR

No. 282P96

Case below: 122 N.C.App. 609

Motion by Attorney General for temporary stay allowed 26 July 1996 pending determination of North Carolina Central University's petition for discretionary review.

## N.C. STATE BAR v. COLEMAN

No. 218P96

Case below: 122 N.C.App. 197

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996. Motion by plaintiff to dismiss petition for discretionary review denied 30 July 1996.

## PRESBYTERIAN-ORTHOPAEDIC HOSP. v. N.C. DEPT. OF HUMAN RESOURCES

No. 329P96

Case below: 122 N.C.App. 529

Motion by Appellant (Stanly Memorial) for temporary stay allowed 30 July 1996.

## QURNEH v. COLIE

No. 275P96

Case below: 122 N.C.App. 553

Motion by plaintiff to withdraw notice of appeal and petition for discretionary review allowed 10 July 1996.